ISAAC A. KRULEWITCH v. THE NATIONAL IMPORTING AND TRADING COMPANY, INC.— Motion denied, with ten dollars costs.    Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

KINGS COUNTY LIGHTING COMPANY v. CHARLES D. NEWTON, as Attorney-General of the State of New York, and Others.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith and Page, JJ.

GENERAL INVESTMENT COMPANY v. ALVIN M. CRAIG.—Motion denied, with ten dollars costs.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of ROBERT J. GRAY, Deceased.—Motion granted.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

DAVID SILBERSTEIN and Others, Copartners, etc., Appellants, v. LOUIS BEGUN and Others, Copartners, etc., Respondents.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Laughlin, Dowling and Merrell, JJ.; Clarke, P. J., dissenting.

JAMES TALCOTT, INC., Respondent, v. ACME FINISHING COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Dowling, Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTON MICHALENOK, Appellant, Impleaded with Another.— Judgment affirmed.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

ASSETS AND LIABILITIES ASSOCIATION, INC., Respondent, v. NEW YORK LODGE No. 1, B. P. O. ELKS, Appellant.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SEVENTY-EIGHTH STREET AND BROADWAY COMPANY, Appellant, v. CHATHAM AND PHENIX NATIONAL BANK, Respondent.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SUPERTONE TALKING MACHINE Co., INC., Appellant, v. MANUEL MANDEL and Another, Copartners, etc., Respondents.— Judgment and order affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. FIFTY-NINTH STREET REAL ESTATE COMPANY, Appellant, Impleaded with Others.—Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MARY A. WATERMAN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY and THE CITY OF NEW YORK, Appellants.— Judgment affirmed, with costs.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of the Transfer Tax upon the Estate of FREDERICK W. MATTHIESSEN, Deceased.   ADELE M. BLOW and Another, as Executors, etc., Appellants; COMPTROLLER OF THE STATE OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.